[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 10-15568
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 29, 2011
JOHN LEY
CLERK

D.C. Docket No. 2:09-cr-00067-WKW-WC-1


UNITED STATES OF AMERICA,

                                                  Plaintiff - Appellee,

versus

KELVIN LARONE WILLIAMS,
a.k.a. Cheese,

                                                  Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama
_____

(November 29, 2011)

Before MARCUS, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Daniel Hamm, appointed counsel for Kelvin Larone Williams, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Williams' conviction and sentence are **AFFIRMED**.